## EZRA BALDWIN *versus* ELIJAH ROOT

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for bail or procedendo, attorneys objected to as bail *p. 217-i; (2) continued *p. 262; (3) discontinued *p. 278.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias; (4) declaration; (5) plea of nil debet and notices; (6) demand for oyer; (7) copy of bond; (8) precipe for subpoena; (9) subpoena; (10) precipe for execution ca. sa.; (11) writ of ca. sa. and return.

*1821 Calendar*, MS p. 68. Recorded in *Book B*, MS pp. 117–20.

## JOSEPH CAMPAU *versus* EZRA BALDWIN

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Rule to return habeas corpus *p. 218; (2) continued *p. 257; (3) time given to declare and plead *p. 376; (4) dismissed *p. 443.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) declaration; (3) precipe for subpoena; (4–5) subpoenas.

*1821 Calendar*, MS p. 33.